

**TAL A. BAKKE**
SHAREHOLDER
Licensed in MN and IA

T  612.376.1678
F  612.746.1278
TBAKKE@BASSFORD.COM

**Via ECF**

January 29, 2026

Magistate Judge Alice R. Senechal
United States District Court
655 1st Avenue North, Suite 440
Fargo, ND 58102-4952

Re:   *Mary Valnes, as an Heir at Law of Dorothy Kemper, on behalf of the Heirs at Law of Dorothy Kemper, and as the Personal Representative of the Estate of Dorothy Kemper, Deceased vs. Elim Homes, Inc. d/b/a Fargo Elim*
       Case No. 3:25-cv-00156-PDW-ARS

Dear Magistrate Judge Senechal:

We write to provide a status update on the above matter per the Court's order (ECF No. 15.)  This matter is in arbitration and an Arbitration Hearing has been set for April 5 through April 13, 2027.

We will advise the Court within seven days of any settlement or determination by the Arbitrator.

Sincerely,

/s/ Tal A. Bakke

Tal A. Bakke
Attorney for Elim Homes, Inc. d/b/a Fargo Elim


Sincerely,

/s/ Kellen B. Bubach

Kellen B. Bubach
Attorney for Heir at Law of Dorothy Kemper

TAB:mb